# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUSAN VENTRANO,<br><br>      Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>      Defendant. | CA No. 1:15-CV-925-ODE |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff Susan Ventrano and Defendant Gentiva Health Services, Inc., by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff Ventrano's claims and causes of action in the above-styled case, in their entirety.  Each party will bear her or its own attorneys' fees, but Defendant shall be considered the "prevailing party" with respect to taxable costs.

Respectfully submitted this 31st day of August, 2015.

1

2

| | |
|---|---|
| */s/ Gilda Adriana Hernandez*<br>THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC<br>Gilda A. Hernandez, NCSB #36812<br>315 S. Salem St., Suite 310<br>Apex, NC 27502<br>Phone: (919) 741-8693<br>Fax: (919) 869-1853<br>ghernandez@gildahernandezlaw.com<br><br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>Christine E. Webber<br>1100 New York Ave. N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>(202) 408-4600<br>cwebber@cohenmilstein.com<br><br>***Attorneys for Plaintiffs*** | */s/ Angelo Spinola*<br>Angelo Spinola<br>Georgia Bar No. 672191<br>aspinola@littler.com<br><br>Anne M. Mellen<br>Georgia Bar No. 558694<br>amellen@littler.com<br><br>Tracey T. Barbaree<br>Georgia Bar No. 036792<br>tbarbaree@littler.com<br>LITTLER MENDELSON<br>3344 Peachtree Road N.E., Suite 1500<br>Atlanta, GA  30326.4803<br>Tel: 404.233.0330<br>Fax: 404.233.2361<br><br>***Attorneys for Defendant*** |

## Font Certification

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

## Certificate of Service

I hereby certify that on August 31, 2015, I caused the foregoing *JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez